~~Delaware~~ Court of Chancery - U.S District Ct. of Delaware

Billy Tyler
  V
Union Pacific

Case #
Poverty affidavit

06-022

Nebraska       } ss.
Lancaster County }

I Billy Tyler state as follows:
1. this affidavit made pursuant to law
2. that the ~~above~~ entitled action is
3. that I am the movant
4. that because of my poverty I'm too poor to prepay costs or to give security ~~before~~
5. that I'm presently incarcerated illegally
6. ~~that~~ my current assets consist of:
   a. cash
   b. checking accounts: $0
   c. savings accounts: $0
   d. stocks or bonds: $0
   e. real property: $0
   f. personal property: $0
   g. automobile: $0
7. that my current liabilities consist of:
   a. rent: $0
   b. utilities: $0
   c. food: $0
   d. clothing & misc: $0

FILED

8. that I've not Been Employed since my arrest.
9. that I Receive no welfare or financial assistance of any kind
10. that my only sorce of income is 80.
11. that my action is Based on But not limited to the Redress sought and I should Be allowed to pursue this action in forma Pauperis

THEREFORE I Believe I am entitled to the Redress sought and should Be allowed to Proceed in forma pauperis

Subscribed and sworn to Before me this 2nd day of January 2006

Billy Tyler

GENERAL NOTARY - State of Nebraska
CALVIN HAYWOOD
My Comm. Exp. March 13, 2006

Notary



| STATE OF NEBRASKA<br>FORM NO. 6:1A Rev. 9/95<br>29-1804 | FINANCIAL AFFIDAVIT | CASE NUMBER |
|---|---|---|

IN THE United states district COURT OF Kansas ~~COUNTY, NEBRASKA~~

~~State of Nebraska~~, Billy Tye
**Plaintiff**

**FINANCIAL AFFIDAVIT**

vs. Stephen Johnson etal
**Defendant**

I hereby swear that by reason of poverty:
- ☑ I am unable to pay the docket fee, cost bond, and other costs of appeal.
- ☐ I am unable to afford counsel to represent me in this proceeding.
- ☐ I am unable to pay the judgment assessed against me, I wish to apply for time in which to pay such judgment.

I hereby submit the following financial affidavit.

I. Employer: None   Address: _____
Length of employment: " "   If unemployed, state reason, physical or otherwise why you cannot be employed: " "
If unemployed, when and where were you last employed? _____

II. Income (Monthly)

|   | Self | Spouse |
|---|---|---|
| A. Wages | $ 0 | $ |
| B. Welfare | $ 0 | $ |
| C. Unemployment | $ 0 | $ |
| D. Parents | $ 0 | $ |
| E. Other | $ 0 | $ |

III. Family Assets

| | | | | |
|---|---|---|---|---|
| A. Cash on Hand | $ 0 | F. Rentals | $ 0 |
| B. Bank Accounts | $ 0 | G. Tools | $ 0 |
| C. Automobiles | $ 2 | H. Equipment | $ 0 |
| D. Real Estate | $ 0 | I. Jewelry | $ 0 |
| E. Securities, Stocks, Bonds | $ 0 | J. Other | $ 0 |

IV. Marital Status: ☐ Single ☑ Married ☐ Divorced ☐ Widowed
Name of Spouse: _____
Number of children you are supporting and their ages: _____

V. Debts

| | | Monthly Expenses | |
|---|---|---|---|
| A. _____ | $ 0 | A. _____ | $ 0 |
| B. _____ | $ 0 | B. _____ | $ 0 |
| C. _____ | $ 0 | C. _____ | $ 0 |
| D. _____ | $ 0 | D. _____ | $ 0 |

VI. Education Completed: _____

I swear, or affirm, under penalty of perjury, that the foregoing financial affidavit is true and hereby request the following:
- ☐ waiver of payment of docket fee, cost bond and other costs of appeal.
- ☐ appointment of counsel to represent me in this proceeding.
- ☐ additional time in which to pay the judgment assessed against me.

DATE: 12-16-05   ~~DEFENDANT~~: Bill Ty
ADDRESS: 1451 Emmet   PHONE#:   D.O.B.:
SUBSCRIBED AND SWORN TO BEFORE ME: