Delaware Court of Chancery                06-022

Billy Tyler,                                    Case # ____
              v.                                Civil action for personal
Union Pacific Railroad    JAN 11 2006    injury and motion to
a Delaware Corporation                  proceed in forma pauperis

    The Environmental Protection Agency has designated defendant as one of the Possible Responsible Parties ("PRPs") as one of the entities responsible for the contamination on the Omaha "Superfund" site
    Plaintiff suffered lead poisoning on said "Superfund" site as a child and as a man
    We discovered in May 2005 that such superfund site exists
    As result of such lead poisoning we-as determined by "CDC" in Atlanta Georgia (Center 4 Disease Control) and "Agency 4 Toxic Substances and Disease Control ("AFTSDC") - suffered (1) arrested physical development, (2) diminished intellectual capacity, increased risk of lung/stomach cancer (3) asthma and host of other ailments diseases as lead is a known carcinogen particularly affecting children as said
    Union Pacific is a Delaware Corporation
    We pray $500,000,000.00 damages and an order directing defendants finance removal of petitioner's family off of said site to alternate comparable housing now forthwith
Plaintiff is a pauper and prays to proceed herein in forma pauperis
In support whereof we annex our poverty affidavit

1-2-05                                  Billy BX 25-00
Praecipe 4 summons                 Lincoln, NE 68502
To: Clerk of Court

Issue summons to Union Pacific Railroad and have Sheriff serve them at their corporate offices in Omaha, NE

Billy



Billy Tyler
c/o Nebraska Dept. of Corrections
Box 2500
Lincoln, NE  68542

U.S. District Court of Delaware
844 N. Kings Street
Rm. 4209
Lockbox 18
Wilmington, DE  19801



U.S.M.S. X-RAY