United States District Court Kansas         06-022

Billy Tyler
                                            Case #
      v.
Stephen Johnson - Head                      28 U.S.C. S. 1361 actions
of "EPA", Tom Osborne -                     In Forma Pauperis motion
U.S. Senator, Senators Nelson
and Chuck Hagel, Lee Terry,                 FILED
Jeff Fortenberry, United States
Attorney General                            JAN 11 2006
                                            U.S. DISTRICT COURT

As is evidenced by the annexed newspaper article respondents Terry, Osborne, Hagel, Nelson and Fortenberry are illegally applying political pressure to respondent estopping him from discharging his function in re the Superfund site in Omaha Nebraska. We want this court to enjoin the political delegation from Nebraska as said supra from interfering with Johnson as said and we want court to compel Johnson and U.S. Attorney to discharge their function and "Git" Get Union Pacific, Ogron Jerer and sons and Gould Electronic in accordance with CERCLA 28 U.S.C. S. 9601 et seq. We pray to proceed in forma pauperis and show we are part of the class of people raised on and living on said Superfund site. We pray to proceed in forma pauperis annexing our poverty affidavit.

12-10-05

                                    1451 Emmet St Omaha 68110

