United States district Court ~~Nebraska~~
Delaware

tyl
v.                              cv 06-22-KAJ
up                              motion 2 Reconsider

We want 2 bring Tyler v. NDCS 701 NW2d 847 (13 Neb App 795) 2 courts attention which clearly clearly shows that our sentence of ten years which begun in 1995 has expired thus we want to be allowed 2 proceed here in forma pauperis irrespective of "PLRA" on grounds we are illegally held in prison in violation of the United States Constitution. Subsequent 2 701 NW2d 847 the trial court denied our habeas petition and we presently back in the 701 NW2d 847 (2005) appeals court seeking 2 have the 701 NW2d 847 order enforced but as a matter of law we are illegally restrained in prison as our order of commitment/ten years sentence (which was never tolled) has legally expired (note: Nebraskkk is the only state in the union where court of appeals would make ruling like 701 NW 2d 847 then DEN DIN trial level judge in subsequent habeas would refuse 2 accord clear implication of order

3-20-06                         Billy D B02500
                                Lincoln, NE 68542

FILED
MAR 27 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BDscanned

Billy tyler 47892
Bx 2500
Lincoln, NE
68542

USPS Postage $00.39⁰
MAR 22 2006
MAILED FROM ZIP CODE 68508

U.S. Court
844 N. King Street
Wilmington, Delaware USA
19801-3570

Notice! This correspondence was mailed by an inmate confined in an institution operated by the Nebraska Department of Correctional Services. Its contents are uncensored.