United States District Court Delaware

(IV MO622KA)
Brief memo in support
of motion in arrest of
judgement 2 Reconside

IN 671 NW 2d 613 nebrask/K so called
Supreme Court ex post facto Rewrote judicial,
Penal Code 2 facilitate plaintiff's illegal
incarceration prison (Jim Crow) even though the Senator
that wrote the law wrote and told Dept of Corr that
LB816 requires Director (in Carlson v. Benson
Malone v. Benson Neb S.Ct Had so held also
So Ch = is Jim Crow & Records too!

3-27-06

FILED

MAR 27 2006

U.S. DISTRICT COURT
DISTRIC DELAWARE

BD scanned





**Nebraska State Legislature**

**SENATOR ERNIE CHAMBERS**

District 11
3116 North 24th Street
Omaha, Nebraska 68110

Legislative Address:
Room 1107, State Capitol
PO Box 94604
Lincoln, Nebraska 68509-4604
(402) 471-2612

**COMMITTEES**

Agriculture
Business and Labor
Judiciary
Executive Board
Reference
Legislative Council

TO:     DIRECTOR HAROLD CLARKE, DEPT. OF CORRECTIONS

FROM: SEN. ERNIE CHAMBERS    *Ernie Chambers*

RE:     BILLY ROY TYLER

DATE: FEBRUARY 12, 2004

Pursuant to our telephone conversation, this is my written request on behalf of Mr. Ryler that you give serious consideration to restoring good time which was taken from him under circumstances that are problematic, at best.

As you know, he is "out" on a writ of habeas corpus.

Regardless of the dispute over whether habeas was appropriate, if the 1,485 days determined by the Johnson County District Court to have been improperly forfeited, are restored, Mr. Tyler's sentence, per LB 816 has expired; and he is entitled to be discharged.

The days were improperly forfeited because persons other than you or the warden approved the forfeitures.

Having set forth the crux of the case, herein, I am available for further discussion when you return to the U.S.

cc: Mr. Billie Roy Tyler

*I'll return your papers in a large envelope.*

*E.C.*



UNITED STATES POSTAGE
PITNEY BOWES
02 1A
0004318167
$ 00.39⁰
MAR 23 2006
MAILED FROM ZIP CODE 68508

U.S.
X-RAY

Billy Tyler 78ₙ
Bx2508 JK
Lincolnₙ NE
68542

U.S. Court
United States Courthouse
844 N. King St
Wilmington, DElawARe
19801- 3570

19801435313-33 C012

Notice! This correspondence was
mailed by an inmate confi
Institution operated by
Nebraska Department of
Correctional Services.
Its contents are uncensored.