IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BILLY TYLER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-22-KAJ |
| | ) |
| UNION PACIFIC RAILROAD COMPANY, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

WHEREAS, the plaintiff filed an action invoking jurisdiction based upon diversity pursuant to 28 U.S.C. § 1332, and without prepayment of the filing fee;

WHEREAS, on March 17, 2006, the Court entered an order denying leave to proceed *in forma pauperis* because the plaintiff has three prior suits dismissed as frivolous or for failure to state a claim upon which relief may be granted, and the instant complaint does not allege an imminent threat of physical injury (D.I. 5);

WHEREAS, the plaintiff filed a motion to reconsider, which was denied on May 9, 2006, and the Court ordered the plaintiff to pay the $250 filing fee within thirty (30) days from the date of the order or the case would be dismissed (D.I. 8);

WHEREAS, to date, payment has not been received from the plaintiff;

THEREFORE, at Wilmington this 15th day of June, 2006, IT IS HEREBY ORDERED that the plaintiff's complaint is DISMISSED WITHOUT PREJUDICE.

UNITED STATES DISTRICT JUDGE